In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-150 CR


____________________



MIGUEL LUCIO, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 217th District Court


Angelina County, Texas


Trial Cause No. 23962






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, Miguel Lucio, to withdraw
his appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by appellant personally
and counsel of record is aware of the motion. No opinion has issued in this appeal. The
motion is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED. 

 PER CURIAM


Opinion Delivered August 31, 2004

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.